UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEPAK SHARMA, | No. 1:25-cv-1861 DAD AC P |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

By order filed December 17, 2025, the undersigned granted petitioner's motion for appointment of counsel and appointed the Federal Defender to represent petitioner. ECF No. 5. The appointing authority for the Eastern District of California was ordered to identify counsel and send counsel's contact information to the undersigned's courtroom deputy, so that counsel could be added for petitioner. Id. at 2. On December 23, 2025, the court issued a minute order granting the Federal Defender's an extension to identify counsel for petitioner. ECF No. 8.

The Federal Defender has informed the court that Roger H. Ponce has agreed to be Criminal Justice Act (CJA) counsel for petitioner.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Federal Defender is relieved of representation in this action.

2. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment.

1

3. Roger H. Ponce, Ponce Law Corp., 1424 17th Street, Bakersfield, CA 93301, (661) 888-2003, roger@rogerponcelaw.com, is APPOINTED as CJA counsel, effective January 8, 2026.

DATED: January 8, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE