UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEPAK SHARMA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | No.  1:25-cv-1861 AC<br><br><br>ORDER |

By order filed December 17, 2025, the undersigned granted petitioner's motion for appointment of counsel and appointed the Federal Defender to represent petitioner.  ECF No. 5. Respondents were directed to file a response to the petition within fourteen days.  Id. at 2.

The Federal Defenders' Office requested more time to identify counsel, which the court granted.  ECF No. 8.  The court ordered that new counsel for petitioner shall meet and confer with opposing counsel on a briefing schedule and jointing file the schedule with the court within seven days of appointment.  Id.

On December 31, 2025, respondents filed a motion to dismiss or in the alternative a response to the petition for writ of habeas corpus.  ECF No. 11.  Counsel for petitioner was identified and appointed on January 9, 2026.  ECF No. 13.  The deadline to file a joint briefing schedule has now passed.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days from the date of this order, petitioner, through counsel, shall file an opposition/reply to respondents' motion to dismiss/response to the petition for writ of habeas corpus (ECF No. 11).

2. Respondents may file a reply, if any, within seven (7) days after being served with a copy of petitioner's opposition/reply.

DATED: January 26, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2